USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                      :

NATHANIEL HENDERSON,              :

                                        :

                           Plaintiff,   :             1:13-cv-6792-GHW

                                        :

             -v -                   :              ORDER

                                        :

NATIONAL RAILROAD PASSENGER CORP.,  :

                                        :

                         Defendant.  :

                                        :
----------------------------------------------------------------X


GREGORY H. WOODS, United States District Judge:

On March 4, 2015, the parties in this case informed the Court that they had reached a settlement in principle and announced the material terms of their settlement on the record in open court.  Accordingly, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within 60 days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal.  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within 10 days of the application. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 60-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates,

and to close this case.

SO ORDERED.

Dated: March 4, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2